UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Paulette Zolicoffer | BK No.: 19-18455 |
| | Chapter: 7 |
| | Honorable Donald R. Cassling |
| Debtor(s)<br>Paulette Zolicoffer | Adv. No.: 23-00014 |
| Plaintiff(s)<br>U.S. Department of Education, Maximus Education, LLC, and Navient Solutions LLC | |
| Defendant(s) | |

**ORDER GRANTING MOTION TO DISMISS PARTY PER RULE 7021**

THIS CASE COMING TO BE HEARD on Motion of the Plaintiff to dismiss party pursuant Bankruptcy Rule 7021, due notice having been given, and the court being fully advised, IT IS ORDERED:

The Motion is granted. Navient Solutions LLC, is hereby dismissed as a defendant from the Adversary Proceedings.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 14, 2023

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603