UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Dawn Hargrove-Avery and Len Avery<br><br>Debtor(s)<br><br>Dawn Hargrove-Avery<br><br>Plaintiff(s)<br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant(s) | BK No.: 22-14937<br><br>Chapter: 7<br><br>Honorable Deborah L. Thorne<br><br>Adv. No.: 23-00022 |

**AGREED JUDGMENT ORDER**

Dawn Hargrove-Avery having moved for entry of an agreed judgment order; Hargrove-Avery and the United States Department of Education having entered into a stipulation and non-opposition to discharge filed with the court as an attachment to the motion (the Stipulation); and good cause appearing,

It is hereby ordered, adjudged, and declared that:

1. Judgment is entered in favor of Dawn Hargrove-Avery and against the Department of Education. All debt incurred by Dawn Hargrove-Avery on account of the Department Loans, as that term is defined in the Stipulation, is discharged pursuant to 11 U.S.C. § 523(a)(8) and this court's order of discharge entered on April 4, 2023, in the above captioned bankruptcy case.

2. Each party shall bear its own costs.

3. The above captioned adversary proceeding is closed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 05, 2023

**Prepared by:**

Janna L Quarless
Attorney for Plaintiff
The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 256-8717
jquarless@semradlaw.com