UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: Nashonna Turner | ) ) ) ) ) ) ) ) | BK No.: 23-00235 Chapter: 7 Honorable A. Benjamin Goldgar Lake County |
| Nashonna Turner Debtor(s) | ) ) ) ) | Adv. No.: 23-00015 |
| Plaintiff(s) U.S. Department of Education | ) ) ) ) | |
| Defendant(s) | ) | |

**AGREED JUDGMENT ORDER DECLARING FIRST DEBT DISCHARGED AND PORTION OF SECOND DEBT NONDISCHARGEABLE**

   Nashonna Turner and the United States Department of Education having filed with the court a Stipulation and Non-Opposition to Discharge ("the Stipulation"), IT IS HEREBY ORDERED that judgment is entered on the complaint as follows:

   1. Nashonna Turner's debt on account of the Unsubsidized Consolidation Loan, as defined in the Stipulation, is declared dischargeable under 11 U.S.C. § 523(a)(8).

   2. Nashonna Turner's debt for $36,096 of the balance of the Subsidized Consolidation Loan, as defined in the Stipulation, is declared nondischargeable under 11 U.S.C. § 523(a)(8).

   3. No costs.

Enter:   /s/ A. Benjamin Goldgar

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  May 24, 2024

**Prepared by:**

Megan Holmes
Attorney for Debtor
The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 837-4019
mholmes@semradlaw.com