# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 18455 |
| Paulette Zolicoffer | ) | Honorable Judge: Donald R Cassling |
| Debtor | ) | CHAPTER 7 |
| _____ | ) | _____ |
| | ) | |
| Paulette Zolicoffer | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ADV. NO. 23 AP 00014 |
| | ) | |
| U.S. Department of Education | ) | |
| Educational Credit Management Coporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 14, 2023, at 10:00 a.m., I will appear before the Honorable Judge Donald R Cassling, or any judge sitting in that judge's place, either in courtroom 619 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, Chambers 656, Chicago, IL 60604 or electronically as described below, and present the Motion to Dismiss Adversary Proceeding, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page

on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 11101 S. Western Ave., Chicago, IL 60643, on November 7, 2023, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

TO:
U.S. Department of Education Headquarters,, Lyndon Baines Johnson (LBJ), Department of Education Building, 400 Maryland Ave, SW, Washington, DC 20202;

Secretary Of Education Miguel Cardona, 1600 Pennsylvania Avenue NW, Washington, DC 20500;

Merrick Garland, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC  20530;

John R. Lausch, Jr, US Attorney for the Northern District of Illinois, U.S. Department of Justice , 219 South Dearborn Street, Chicago, Illinois 60604;

Educational Credit Management Corporation c/o Attorney Saskia Nora Bryan, Latimer LeVay Fyock LLC,55 West Monroe Street, Suite 1100 Chicago, Illinois 60603;

Educational Credit Management Corporation, 111 Washington Ave S Ste 1400, Minneapolis, MN 55401-2108;

Educational Credit Management Corporation, Registered Office, 6160 Summit Drive North, Suite 205, Brooklyn Center, MN 55430–5603;

*/s/ Megan Holmes*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 837-4019
mholmes@semradlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 18455 |
| Paulette Zolicoffer | ) | Honorable Judge: Donald R Cassling |
| Debtor | ) | CHAPTER 7 |
| _____ | ) | _____ |
| | ) | |
| Paulette Zolicoffer | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | ADV. NO. 23 AP 00014 |
| | ) | |
| U.S. Department of Education | ) | |
| Educational Credit Management Coporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO DISMISS ADVERSARY PROCEEDING**

NOW COMES the Plaintiff, Paulette Zolicoffer ("Plaintiff"), by and through her attorneys, The Semrad Law Firm, LLC, and presents the Motion to dismiss the current adversary proceeding. In so, the Plaintiff states as follows:

1. On January 26, 2023, Plaintiff filed an Adversary Complaint under §523(a)(8) against U.S. Department of Education ("Defendant"), seeking a discharge for her student loans.

2. Plaintiff would like to dismiss the said adversary proceeding.

3. Plaintiff respectfully requests this Honorable Court enter an Order dismissing adversary proceeding 23 AP 00014.

WHEREFORE, the Plaintiff prays this Honorable Court for the following relief:

      A.        That this Honorable Court dismiss the current adversary proceeding with case number 23 AP 00014.

      B.        For such other and further relief this court deems just and proper.

Respectfully Submitted,

*/s/ Megan Holmes*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
(312) 837-4019
mholmes@semradlaw.com