UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re:<br>Paulette Zolicoffer | | ) | BK No.: 19-18455 |
| | | ) | |
| | | ) | Chapter: 7 |
| | | ) | |
| | | ) | Honorable Donald R. Cassling |
| | Debtor(s) | ) | |
| Paulette Zolicoffer | | ) | Adv. No.: 23-00014 |
| | Plaintiff(s) | ) | |
| U.S. Department of Education | | ) | |
| | Defendant(s) | ) | |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING**

THIS CASE COMING TO BE HEARD on Motion of the Plaintiff to dismiss the adversary proceeding, due notice having been given, and the court being fully advised, IT IS ORDERED:

Adversary proceeding 23-00014 is hereby dismissed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 14, 2023

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
Office: 773-432-9003